IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **$6,350.00 IN UNITED STATES CURRENCY,** | ) | **8:07CV49** |
| | ) | |
| | ) | **SCHEDULING ORDER** |
| **Defendant,** | ) | |
| | ) | |
| **RAY PATTERSON,** | ) | |
| | ) | |
| **Claimant.** | ) | |

This matter is before the magistrate judge on the motion [17] of David Tarrell for leave to withdraw as counsel for the claimant, Ray Patterson.

**IT IS ORDERED:**

1. Counsel of record (Nancy Svoboda and David Tarrell) shall contact the chambers of the undersigned within five (5) business days to schedule a hearing date for the Motion to Withdraw [17]. If Mr. Patterson is incarcerated or being held in an institution, the hearing will be by telephone, on the record. In that case, Mr. Tarrell shall contact the claimant's institution in advance and arrange for Mr. Patterson to participate in the conference call.

2. The planning conference now set for July 17, 2008 is cancelled and will be rescheduled after the matter of Mr. Patterson's representation is resolved.

**DATED July 9, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**